IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY T. DAN,<br><br>            Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director of Nebraska Dept. of Correctional Services; and MIKE HILGERS, Attorney General for Nebraska;<br><br>            Respondents. | 8:25CV452<br><br>**MEMORANDUM AND ORDER** |

      Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 6. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 7), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

      IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 6, is granted. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

      Dated this 1st day of August, 2025.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge